**Electronically Filed
Supreme Court
SCWC-16-0000805
16-JUL-2018
11:04 AM**

SCWC-16-0000805

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ROSEMARIE GAETA,
Petitioner/Plaintiff-Appellee,

vs.

WEST MAUI RESORT PARTNERS, LP,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000805; CIVIL NO. 15-1-0052(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Rosemarie Gaeta's

application for writ of certiorari filed on May 25, 2018, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

